# Order

**Michigan Supreme Court**
**Lansing, Michigan**

May 28, 2013

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano,
Justices

146347 & (64)

PEOPLE OF THE STATE OF MICHIGAN,
    Plaintiff-Appellee,

v

ANTHONY KEITH WILLIAMS,
    Defendant-Appellant.

SC: 146347
COA: 305348
Wayne CC: 10-012811-FC

_____/

On order of the Court, the motion to file a pro per supplemental brief is GRANTED. The application for leave to appeal the October 18, 2012 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.

CAVANAGH, J., would grant leave to appeal.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

May 28, 2013



Clerk

s0520